dered in that case, the judgment appealed from in this case is annulled, and the case is ordered remanded to the district court for further proceedings consistent with the opinion referred to. The defendants are to pay the costs of this appeal. The liability for all other court costs is to abide the final disposition of the case.

from in this case is annulled, and the case is ordered remanded to the district court for further proceedings consistent with the opinion referred to. The defendants are to pay the costs of this appeal. The liability for all other court costs is to abide the final disposition of the case.

186 So. 27

### Alexandre P. FONTENOT v. Emile LUDEAU et al.

### No. 34876.

Nov. 28, 1938.

Rehearing Denied Jan. 10, 1939.

Philo Coco, of Marksville, and Chester Coco, of Ville Platte, for appellant.

McCoy, King & Jones, of Lake Charles, and Atlee P. Steckler and Roland B. Reed, both of Ville Platte, for appellees.

O'NIELL, Chief Justice.

The issue in this case is the same as in the case of Mrs. Emma Rosa Tate Fontenot v. Emile Ludeau et al., La.Sup., 186 So. 21.[1] For the reasons given in the opinion rendered in that case, the judgment appealed

186 So. 27

### Adam TATE v. Emile LUDEAU et al.

### No. 34877.

Nov. 28, 1938.

Rehearing Denied Jan. 10, 1939.

Philo Coco, of Marksville, and Chester Coco, of Ville Platte, for appellant.

McCoy, King & Jones, of Lake Charles, and Atlee P. Steckler and Roland B. Reed, both of Ville Platte, for appellees.

O'NIELL, Chief Justice.

The issue in this case is the same as in the case of Mrs. Emma Rosa Tate Fontenot v. Emile Ludeau et al., La.Sup., 186 So. 21.[1] For the reasons given in the opinion rendered in that case, the judgment appealed from in this case is annulled, and the case is ordered remanded to the district court

---

[1] 191 La. 540.